**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SECURE CAM, LLC, | **CASE: 8:18-cv-02132-AG (DFMx)** |
|---|---|
| Plaintiff, | **ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |
| STARDOT TECHNOLOGIES, INC., | |
| Defendant. | |

THIS CAUSE having come before the court on the Joint Stipulation of Dismissal filed by Plaintiff, SECURE CAM, LLC, with the court having considered the parties' stipulation, hereby GRANTS the stipulation. Plaintiff's claims are dismissed with prejudice, Defendant's claims are dismissed without prejudice, and the parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 11, 2019

_____
Honorable Andrew J. Guilford
United States District Judge